UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-CR-34-T-17EAJ

ALFONZO LEE JOE

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the underlying Indictment against Defendant Alfonzo Lee Joe. Leave of Court is granted and the Indictment is dismissed against Defendant Alfonzo Lee Joe, in the above-captioned case. The Clerk of Court is directed to close the case as to Defendant Alfonzo Lee Joe.

Dated: SEPT. 10th, 2009

ELIZABETH A. KOVACHEVICH
United States District Judge