UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:09-CR-34-T-17AAS

ALFONZO LEE JOE.

_____/

ORDER

This cause is before the Court on:

Dkt. 65   Unopposed Motion for Sentence Reduction
Under the First Step Act of 2018

Defendant Alfonzo Lee Joe moves for a sentence reduction under Section 404 of the First Step Act of 2018, and 18 U.S.C. Sec. 3582(c)(1)(B).

On September 3, 2009, Defendant Joe was sentenced on Counts 1 and 2 of the Superseding Information, which charged Defendant Joe with distribution of 5 grams or more of cocaine base, in violation of 21 U.S.C. Sec. 841(a)(1) and 841(b)(1)(B)(iii), and possession of a firearm, in violation of 18 U.S.C. Sec. 924(c), to a term of imprisonment of 120 months on Count 1, followed by an 8-year term of supervised release, and a term of imprisonment of 60 months on Count 2, to run consecutive to Count 1, followed by a 5-year term of supervised release, concurrent with the term of supervised release imposed on Count 1. (Dkts. 35, 36, 38).

Defendant Joe moves for a reduction of the term of imprisonment from 120 months to 60 months on Count 1, and a reduction of the term of supervised release from 8 years to 6 years.

Case No. 8:09-CR-34-T-17AAS

The Government does not oppose Defendant Joe's request for sentence reduction.

After consideration, the Court grants Defendant Joe's Unopposed Motion for Sentence Reduction Under the First Step Act of 2018. Accordingly, it is

**ORDERED** that Defendant Alfonzo Lee Joe's Unopposed Motion for Sentence Reduction Under the First Step Act of 2018 (Dkt. 65) is **granted**. Defendant Joe's term of imprisonment is reduced to 60 months on Count 1, and the term of supervised release is reduced to 6 years. All other provisions of the sentence imposed on September 3, 2009 shall remain intact.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 25th day of April, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record